United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DIEGO OLMEDO LOMELI, et al.,

Plaintiffs,

v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,

Defendants.

Case No. 19-cv-01275-SK

**ORDER TO SHOW CAUSE FOR
FAILURE TO APPEAR**

On January 23, 2020, the Court granted a stipulation to continue the case management conference in this action to March 9, 2020. (Dkt. No. 46.) The Court denied another stipulation to further continue the case management conference. (Dkt. No. 49.) On Friday, March 6, 2020, the Court granted Plaintiff's request to appear at the case management conference by telephone. (Dkt. No. 53.) However, Plaintiff's counsel failed to appear.

Accordingly, the Court HEREBY issues an ORDER TO SHOW CAUSE why monetary sanctions in the amount of $500 should not be imposed on counsel and why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff shall respond in writing by no later than March 19, 2020 as to why such sanctions should not be imposed.

**IT IS SO ORDERED**.

Dated: March 9, 2020

SALLIE KIM
United States Magistrate Judge